PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE Tyler / Eastern DISTRICT OF TEXAS
DIVISION

Juven A Guevara JR
Plaintiff's Name and ID Number

Colfild
Place of Confinement

618CV649 JDK-KNM

CLERK, U.S. DISTRICT COURT RECEIVED DEC 19 2018 EASTERN DIST. OF TEXAS

CASE NO. 6:18CV607
(Clerk will assign the number)

v.
united states, Tony [illegible] Resendes fam from waco TX Donuld Trampe fam Roy mrs Baldeon Thurest Pete 1543 waco TX [illegible] Units fam
Defendant's Name and Address

Anita Torez and fam she workd at Gorlend TX & mom & Dad Tira Banks actor
Defendant's Name and Address

Patricia valdez 261313 waco TX (Burnett) Jhon Tervola
Defendant's Name and Address
( DO NOT USE "ET AL.")
Michell, Telford, SV units & his mom & Dad

carter Husbend Eva longuria & David Gonzulez Gina Rodegez & fam actor Manu [illegible] from waco TX Eric Garcia from waco TX & 13 rothers

INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES___NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: don't Remember
2. Parties to previous lawsuit:
   Plaintiff(s): Juvenal Guevara Sr
   Defendant(s): united States President & family ... Fam
3. Court: (If federal, name the district; if state, name the county.) Federal
4. Cause number: 6:18-CV-607
5. Name of judge to whom case was assigned: John Love
6. Disposition: (Was the case dismissed, appealed, still pending?) Pending
7. Approximate date of disposition: I don't know

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: ______________________

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Juvenal Guevara Jr.
2661 FM 2054 Colfield Tennessee Colony

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: United States, Donald Trump & Fam [illegible]

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
4 allowing People from united States foren [illegible] State county Rusha to Stab me in the heart & brains since 2007 till 2018 B

Defendant #2: Tira Bank & Resendez Fam
I want to sue her & charge her 4 Paying Resendez Fam to tryt

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Paying People to try & kill me & others that [illegible]

Defendant #3: Anita Torres & Fam, Patricia Valdez, Eva Longoria & her Husband, & David Gonzalez

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Anita Torres 4 trying to kill me & others Patricia Valdez Paying others to try & kill me since 2007 till 2018 Eva [illegible] David Gonzalez

Defendant #4: John Travolta & [illegible], Tommy Cardenez, Manuel Ruiz, Travolta's mom & Dad

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I want John Travolta Charged by Stabbing me in the heart & others

Defendant #5: Gina Rodriguez & Fam

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Since [illegible] 2018 has been [illegible] me in the head [illegible] brains [illegible] I want to sue her [illegible] [illegible] to be [illegible] her fam

Rev. 05/15

Case # 6:18CV607

United States & Donuld Trump & Family
I want to sue united states 4 50 Kuzillion Dollers 4 allowing People from other states to try & kill me by stabing my heart & brains & trying to kill others, I want to Sue Donuld trump & family 4 25 Kuzeillon Dollers 4 allowing foren people, foren countys, states, citys towns to try & kill me & [illegible] others since 2006 & 2018 I also want to charge them, I want the Punishment to Be lethal ingection to Donuld trump & his emidiat fam I won't exept any other kind of Punishment

Defendent Tira Banks altur & Resendez fam & money
including Phelex Resendez Brother troy, I want to Sue tira banks 4 everything she owns including houses, bank aconts, busness, stocks, 4 Paying Resendez fam to try & kill me by stabing me in the heart & brains & trying to kill others who tryed to help I want her charged and the Punishment will be life without prole is been going on since 2005 till 2018 I want the Resendez fam from waco but not Joe Resendez I want the rest of them be Punished by lethal ingection I also want Felex Resendez wants troy he will tell u to tell u wether he wants troy or one of his sons face lethal his best name troy the other life with no prole ingection I want to charge her 4 aggravated ms Boodoo I want to murrer by staben me 10 times I want to sue her 4 everything she has and Punishment

ms Boodro a therupstatskyview

I want the punishment to be 10 yeus

I want her husband to pay a mill I will epect monthy paymnts

Dr Daven port nancy

she stabed me in the heart 4 times & Raped me one I want to sue her 4 a mill I want her family to pay it in paymnts I want her to do 10 years in prison

Resendez fam Felicia Ann Resendez Felex & Pink Resendez Troy Felex I will tell u his last name but his ... Resendez I want punished ... on Troy's Douther also

Case No 6:18CV607

I want to sue John tervolta & his mom & Dad 4 everything they own including bank accounts property of all carts, cars, houses, boats, houses out of States, I whand to Charge John ter volte 4 stabing me in the heart 18 times & trying to kill others elswhere his Punish ment to be lethal ingection I dont want no other Kind of Punish ment 4 him, I want his mom & Dad Punished by serving 25 concecitive years no Prol they been tring to kill me & others since 2005 till 2018, if in case John Tervolta trys to setle out of court I won five Pages, I dont want his mom & dad sentence.

I want Tommy Cardney from waco TX & Manuel Ruiz from waco TX Charged with aggervated attemted murder by Stabing me in the heart 500 times or more since 2012 till 2018 & tryed to kill others by using there soul bodys, I want the Punish ment 4 them will be lethal ingection & they wont have any other Kind of Punish ment. & my wittness Eric Garcia & 2 Brothers I want Punish I want Eric garcia Punished by leathal engection I want his brothers Punished by doing 5 years flat cus Eric stabed me in the heart in 2015 till 2017 & trying to kill others who tryed to help me, If he dont want his brothers Punished he wont have any kind of powers soul bodys that I go at all anymore

I want (from waco TX) Pete Ruiz be punished by lethal ingection 4 trying to kill me & others by [illegible] me in the heart & beating [illegible]

Case NO 6:18 CV607

Anita Torez & Fam, since 2012 till 2018 she and her Fam has been stabing me in the heart & others & Rapeng me & others violating our Rits & mine I want the Punishment to be leathal engection & I want to sue them 4 everything they got inclooding houses cars stores besnes

Patria valdez I want to sue her 4 5 mill cuz she Payed all kind of People to try & kill me since 2006 till 2018 I want her husband michael valdez to Pay that I will except Payments I want patricia valdez Punished by lethal ingection I dont wont nother kind of Punishment 4 her

eva Longoria & Husbend & David Gonzalez I want to sue eva longoria 4 everything she hes, including bank acounts, busness, houses Plans, cars Truk, property from others stats, I want her charged 4 Paying David Gonzalez & he Payed serten Gang Tango Bulist to violate my Rits to try & kill me & others by stabing me in the heart & brains and others who r afrid to Press charges cuz they used ther soul bodys to viol our rits, my witness will show u what a soul body is u will have proof I want the punishment to be Lethal engection, this been going on since 2012 till 2018

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

united States since 2006 till 2018 they allowed People from other States to try & Kill me by useing ther Soul body, I want 50 Ku 3 Lion, Donald Trump & Fam. I want to sue him 4 2's Kuzillion & Charge him 4 allowing my formn County city Cunty Towns Serten Rushens to try & Kill me stabing me & others, by ther soul body my witness will claim tate what a soul body is. I want Donald Trump & Fam & all Defendants to get Punished by Leathal ingection for violating my rits

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. want them to take a lie detector testin Court Room I want the Defendants Punishment to be Lethal ingection I don't want no other Kind of Punishment & I want out of Prison, My wittnes, one is Brook [illegible] The others will show up.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jury Juvenal Guevara JR

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1467012 I don't no the other

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES _✓_NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ________
2. Case number: ________
3. Approximate date sanctions were imposed: ________
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):________________
2. Case number:________________
3. Approximate date warning was issued:________________

Executed on: 12-10-18
DATE

Juvenal Guevara SR
Juvenal Guevara SR
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 10 (Day) day of 12 (month), 20 18 (year).

Juvenal Guevara SR
Juvenal Guevara SR
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

# Texas Department of Criminal Justice

**OFFICE USE ONLY**

Grievance #: ______

Date Received: ______

Date Due: ______

Grievance Code: ______

Investigator ID #: ______

Extension Date: ______

Date Retd to Offender: ______

## STEP 1 OFFENDER GRIEVANCE FORM

Case # 6:18 CV 607

Offender Name: Juvenal Guevara TDCJ # 1407012

Unit: Coffield SV Housing Assignment: D/06

Unit where incident occurred: SV

---

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? an offcial When? 12-4-18

What was their response? None

What action was taken? None

---

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

at 1:00 pm thuripist Bearo from skyview the centers of the united states stabed my heart 8 times I want them sued charged 4 attemted merder 11-26-18 at SK unit Donald trump and some foren peopl from Rusha stabed me in the heart 30 times Donulad trumpes hole famiy was trying to kill me and others useing ther soul bodys I will demestrate wat a soul body is its been 5 or 6 years they been trying to kill me his fam 10-26-18 at Sky view anita tore 3 fam hole fam brothers sisters ounts unkuls nefews has been trying to kill me 4 6 years by stabing me in the heart and Rapen me aggervated attemted murder Rape

anthuny Quintenela has been trying to kill me 4 7 years I want hem charged 4 attmpd murder he cant pass no lie detector test

I'm wanting 4 the step one to come back

---

Gina Rodrey actor She & her hole family sisters brothers cuzens unkuls nefew tryed to kill me since 2014 fall 2018 by beating me in the head facing nerthetn with a brick more then 50 times I have had every 3 or 4 days out of those years I want them charged for aggravated attempted murder I didn't now how to press charges tell some one told me, I want them to sue them 4 every thing they have & them face lethal injection I don't want nothing punishment

**Action Requested to resolve your Complaint.** I want to sue and charge them 4 aggravated attempted murder

**Offender Signature:** Javeral [illegible] **Date:** 12-4-18

**Grievance Response:**

**Signature Authority:** ______________________ **Date:** __________

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #__________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ______________________

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ______________________

**OFFICE USE ONLY**

Initial Submission UGI Initials: ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Offender: ______
Date Returned to Offender: ______

**2nd Submission** **UGI Initials:** ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Offender: ______
Date Returned to Offender: ______

**3rd Submission** **UGI Initials:** ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Offender: ______
Date Returned to Offender: ______

Dear John D love Case 6.18 CV 607

I want Tira Banks mom & Dad to be Punish by 25 years 4 allowing & Paying Serria [illegible] to try & kill me & the Weapon Should be Lethal Injection but I just want them to serve 25 years each & I want to Sue them 4 every thing they have including Bank acounts houses out of state houses cars Properties Stokes. I don't want tira to do life in Prison I want her to be Punished by Lethal injection and I want her to transfer all Bank accounts in her name to me [illegible] JR [illegible] Ap 4673946[illegible] at Community Bank in [illegible] TX I also want her to Put the Property deeds, titles, stokes in my name before lethal injection & I would like her to have 10 days then lethal injection

CLERK, U.S. DISTRICT COURT RECEIVED DEC 19 2018 EASTERN DISTRICT OF TEXAS

I Forgot to send this with the 1983
Pope Frances is one of my witness call him
Dear Mr love Case No 6:18cv607
My Name Juvenal Guevara JR TDCJ # 1907012, My life is in consizable harm, peopl has been violating my persenal Rits and other peoples Rits By attempt murder aggervated ly and aggervatedly Rape. I was trying to Cother Case that came close to mine, I havent seen one. I may not now the constitution and code & Persedel on aggervated tempted murder & Rape, I may not now set in precedes I now when a person brakes the low in any kind of way he or she can get or with get Punished. Iv been suffering since 2005 till 2018 cuz others tryed to kill me my own sisters & Brothers my inlows & inlows foren people from foren states counties town city other states from united states allowed people to try & kill me since 2005 & 2018 while in the state custody my witness will be there. My witness will show u proof what a soul body is in court, my witness will testify & tell u they wont expect any other punishment but leathal enjec for 21 some Defendents I want a TRO without Bond. I want them held in till trill Pleas. I am indigent I now I have Friends people as witness but people use there soulbodys to Punish them to stop them from helping me. My witness will be there I want to punish Daisy Fuentes cuz she & some other person stabed me in the heart more than 50 times And she Payed some cops again. I want to [illegible] every thing she owns, & the punishment lethal enjection

Case No 6:18CV 07

Dear Mr love
I Send u a Write Heasy Copies & I think U 4 got to sine it I m Sorry I am waiting on Step ones E 2Z I do hope u will let all Defendants take a liedetetor test in the Court Room & one of my witness is Brako Bama officer Dunken from SV officer Vile from Sky view Ms wiggins nurse at SV unt the Spanish Show 12 Corazones the show NCIS Ziva, Gabs, Gibbs, the rest of them the Show Charm, Page Pee bee, Waper HWK Hugan, others will be there! Al Pachino actor, Maria Carrey singer nikulas Cage if he shows up Ms Chanttler a worker that worked at Michael unt in 2014 2015. I also want a TRO 4 all Defendants until trail. I will Show u in Court & my witness will show u what a sorry bunch I don't want any other kind of punishment 4 them Cause they will still be able to get out of there botyes to violate people's Rts & try & kill them & me In case I end up dead I still want them to take a lie detector test my witness will be there & I want them fired 4 everything they did & punished by leathal Injection after court I no it a lot of Defendants but a few at a time

Case No 6:18CV607

Dear Mr Love

I would like to let the courts no if in case a person of the Defendents case Kill him or her self I still want all there propertys enclyding Bank acounts houses stores cars flows if in case they try to put it in some one elses name I want to sue that person. u will find out who transfer to him & who got this or that. But all these defendants hav been violating peoples Rits in the united states they been violating my Rits by aggrvated attempted murder & aggrevated Rape I dont want no the kind of punishment except lethal ingection, cuz if u give them time they still can get out of their bodys to violate the state constutional laws u brake the law in any kind of way u will get punished my witnes will demostrat & prove to u mr e that there is a soul body. I want the Residents fam still & every thing they got & the Resident fam from what want them punished by lethal ingection I want tray & Felix Phelixes brother & trowl Dotuter punished by lethal lethal ingection no other punishment will be except.

NORTH TEXAS TX P&DC
DALLAS TX 750
USA FOREVER
POSTAGE DUE .92
Postage Due
Legal
RECEIVED
DEC 19 2018
U.S. DISTRICT COURT

#1907012